## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| **v.** | **) CRIMINAL NO. 1:26-000022-JB-N** |
| | **)** |
| **WAYNE DEMBERT,** | **)** |
| **Defendant.** | **)** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, **WAYNE DEMBERT**, by consent appeared along with his counsel of record, Jan Jones, before the undersigned Magistrate Judge on March 25, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **WAYNE DEMBERT**, be adjudged guilty and have sentence imposed accordingly.[1]

---

[1] On the record, parties have waived the 14-day objection period.

Defendant's sentencing hearing before Chief United States District Judge Jeffrey U. Beaverstock is set for **JULY 20, 2026, at 10:30 a.m. (Central)**, pending the adoption of this Report and Recommendation.

**DONE** this the 25th Day of March, 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**